IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUISTAR CHEMICALS, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CAUSE NO. 4:07-cv-03378 |
| | § | |
| RELIANT ENERGY POWER | § | |
| GENERATION, INC. AND | § | |
| RELIANT ENERGY INC. | § | |
| | § | |
| Defendants. | | |

**DEFENDANTS' UNOPPOSED MOTION TO FILE
AFFIDAVIT OF DAVID F. SLADIC (DOCKET NO. 6) UNDER SEAL**

1. On December 3, 2007, Defendants Reliant Energy Power Generation, Inc. and Reliant Energy Inc. ("Reliant") filed the Affidavit of David F. Sladic Submitted in Support of Defendants' Motion to Transfer and Response to Plaintiff's Motion for Remand (Docket No. 6) (the "Affidavit").

2. Although subject to a confidentiality agreement between Reliant and Plaintiff Equistar Chemicals, LP ("Equistar"), Reliant inadvertently attached the Second Amended and Restated Cash Flow Participation Agreement (the "Agreement") to the Affidavit.

3. Reliant respectfully requests that the Affidavit be filed under seal because the Agreement is subject to a confidentiality agreement between Reliant and Equistar, contains sensitive information not intended for public use, and should therefore not be viewed by any person other than as may be authorized by the Court.

4. Accordingly, Reliant respectively asks that the Court change the current status of the Affidavit and file it under seal.

By: /s/ Michael M. Wilson
**Michael M. Wilson**
State Bar No. 21704800
Attorney-in-Charge
**J. Josh Clayton**
State Bar No. 24050426
1111 Louisiana Street, 44th Floor
Houston, Texas 77002
Telephone: (713) 220-5800
Facsimile: (713) 236-0822

**ATTORNEYS FOR DEFENDANTS RELIANT ENERGY POWER GENERATION, INC. AND RELIANT ENERGY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I contacted Thomas Farrell, counsel for Equistar Chemicals, LP, via email on Wednesday, December 5, 2007. Mr. Farrell indicated that he does not oppose this motion.

/s/ Michael M. Wilson
Michael M. Wilson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in accordance with the Federal Rules of Civil Procedure on the following counsel of record on the 5th day of December 2007.

Thomas M. Farrell
NICKENS KEETON LAWLESS FARRELL & FLACK, LLP
600 Travis, Suite #7500
Houston, Texas 77002

/s/ Michael M. Wilson
Michael M. Wilson

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EQUISTAR CHEMICALS, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CAUSE NO. 4:07-cv-03378 |
| | § | |
| RELIANT ENERGY POWER | § | |
| GENERATION, INC. AND | § | |
| RELIANT ENERGY INC. | § | |
| | § | |
| Defendants. | | |

### ORDER

Before the Court is Defendants' Unopposed Motion to File Affidavit of David F. Sladic (Docket No. 6) Under Seal. Having considered the Motion, the relevant documents, and applicable law, the Court is of the opinion that this Motion should be GRANTED.

It is therefore ORDERED that the Affidavit of David F. Sladic Submitted in Support of Defendants' Motion to Transfer and Response to Plaintiff's Motion for Remand be filed under seal.

SIGNED AND ENTERED this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE