## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| EQUISTAR CHEMICALS, LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CAUSE NO. 4:07-cv-03378 |
| | § | |
| RELIANT ENERGY POWER | § | |
| GENERATION, INC. AND | § | |
| RELIANT ENERGY INC. | § | |
| | § | |
| Defendants. | | |

## ORDER

Before the Court is Defendants' Unopposed Motion to File Affidavit of David F. Sladic (Docket No. 6) Under Seal. Having considered the Motion, the relevant documents, and applicable law, the Court is of the opinion that this Motion should be GRANTED.

It is therefore ORDERED that the Affidavit of David F. Sladic Submitted in Support of Defendants' Motion to Transfer and Response to Plaintiff's Motion for Remand be filed under seal.

SIGNED AND ENTERED this 6 day of December 2007.

_____
UNITED STATES DISTRICT JUDGE