# U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Houston)
## CIVIL DOCKET FOR CASE #: 4:07–cv–03378

| | |
|---|---|
| Equistar Chemicals, LP v. Reliant Energy Power Generation, Inc. et al. | Date Filed: 10/12/2007 |
| **DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT.** | Date Terminated: 01/07/2008 |
| Assigned to: Judge Kenneth M. Hoyt | Jury Demand: Plaintiff |
| Demand: $0 | Nature of Suit: 190 Contract: Other |
| Case in other court: 165th District Court, 2007–CV–55494 | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question | |

**Plaintiff**

**Equistar Chemicals, LP**  represented by  **Thomas M Farrell**
Nickens Keeton et al
600 Travis
Ste 7500
Houston, TX 77002
713–571–9191
Fax: 713–571–9652 fax
Email: tfarrell@nickenskeeton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Reliant Energy Power Generation, Inc.**  represented by  **J. Josh Clayton**
Akin Gump Strauss Hauer &Feld LLP
1111 Louisiana Street
44th Fl
Houston, TX 77002
713–220–8159
Fax: 713–236–0822
Email: jclayton@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Reliant Energy, Inc.**  represented by  **J. Josh Clayton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2007 | | NOTICE OF REMOVAL from 165th District Court, case number 2007−CV−55494 (Filing fee $ 350 receipt number 3117347) filed by all defendants. (Attachments: # 1 Exhibit Index of Documents# 2 Exhibit Executed process# 3 Exhibit Plaintiff's Original Petition# 4 Exhibit Defendants# 5 Exhibit List of Counsel of Record)(Clayton, Jefferey) (Entered: 10/12/2007) |
| 10/15/2007 | | ORDER for Initial Pretrial and Scheduling Conference by Telephone and Order to Disclose Interested Persons. Telephone Conference set for 1/21/2008 at 03:00 PM by telephone before Judge Kenneth M. Hoyt.( Signed by Judge Kenneth M. Hoyt ) Parties notified.(mmapps, ) (Entered: 10/15/2007) |
| 11/13/2007 | | MOTION to Remand by Equistar Chemicals, LP, filed. Motion Docket Date 12/3/2007. (Farrell, Thomas) (Entered: 11/13/2007) |
| 12/03/2007 | | MOTION to Transfer Case to Delaware Bankruptcy Court by Reliant Energy Power Generation, Inc., Reliant Energy, Inc., filed. Motion Docket Date 12/24/2007. (Attachments: # 1 Proposed Order Motion to Transfer)(Clayton, Jefferey) (Entered: 12/03/2007) |
| 12/03/2007 | | RESPONSE in Opposition to 3 MOTION to Remand, filed by Reliant Energy Power Generation, Inc., Reliant Energy, Inc.. (Clayton, Jefferey) (Entered: 12/03/2007) |
| 12/03/2007 | | AFFIDAVIT of David F. Sladic, filed. (Attachments: # 1 Exhibit Ex. 1 to Affidavit# 2 Exhibit Ex. 2 to Affidavit)(Clayton, Jefferey) (Entered: 12/03/2007) |
| 12/05/2007 | | MOTION to Seal Affidavit of David F. Sladic by Reliant Energy Power Generation, Inc., Reliant Energy, Inc., filed. Motion Docket Date 12/26/2007. (Attachments: # 1 Proposed Order Proposed Order Re Mo to Seal)(Clayton, Jefferey) (Entered: 12/05/2007) |
| 12/06/2007 | | ORDER granting 7 Motion to Seal Affidavit of David F. Saldic. ( Signed by Judge Kenneth M. Hoyt ) Parties notified.(kmurphy, ) (Entered: 12/06/2007) |
| 01/04/2008 | | MEMORANDUM AND ORDER 4 MOTION to Transfer Case to Delaware Bankruptcy Court. This case is transferred to the District of Delaware. ( Signed by Judge Kenneth M. Hoyt ) Parties notified.(sbyrum, ) (Entered: 01/07/2008) |
| 01/07/2008 | | Interdistrict transfer to District of Delaware. Certified copy of transfer order, certified docket sheet, and two copies of transfer letter (with a return envelope) sent by FedEx. Case terminated on 1/7/2008, filed. (sbyrum, ) (Entered: 01/07/2008) |
| 01/07/2008 | | Document(s) Sent by FedEx to US Bankruptcy Court District of Delaware; Tracking Number 863398984983 re: Case Transferred Out to Another District, filed. (sbyrum, ) (Entered: 01/08/2008) |