IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EQUISTAR CHEMICALS, LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-23-GMS |
| | ) | |
| RELIANT ENERGY POWER | ) | |
| GENERATION, INC. AND RELIANT | ) | |
| ENERGY, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

PLEASE ENTER THE APPEARANCE of Thomas W. Briggs, Jr., Esquire, of Morris Nichols Arsht & Tunnell LLP to represent defendants Reliant Energy Power Generation, Inc. and Reliant Energy, Inc. in the above-referenced matter.

MORRIS NICHOLS ARSHT & TUNNELL LLP

_____
Gregory W. Werkheiser (#3553)
Thomas W. Briggs, Jr. (#4076)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
  *Attorneys for Defendants Reliant Energy Power*
  *Generation, Inc. and Reliant Energy, Inc.*

OF COUNSEL:

Michael M. Wilson, Esquire
Akin Gump Strauss Hauer & Feld LLP
1111 Louisiana Street, 44th Floor
Houston, TX 77002
(713) 220-5800

January 23, 2008
1415154

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2008, true and correct copies of the foregoing Entry of Appearance were caused to be served on the following counsel of record in the manner indicated:

### BY U.S. FIRST-CLASS MAIL

Thomas M. Farrell, Esquire
Nickens Keeton Lawless Farrell & Flack, LLP
600 Travis, Suite #7500
Houston, TX 77002

_____
Thomas W. Briggs, Jr. (#4076)