IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EQUISTAR CHEMICALS, LP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-23 GMS |
| | ) |
| RELIANT ENERGY POWER, | ) |
| GENERATION, INC. et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

WHEREAS, on October 12, 2007, the above-captioned case was removed from the Texas state court to the United States District Court for the Southern District of Texas;

WHEREAS, the defendants subsequently filed a motion to transfer (D.I. 4) the case to this district, so that the case could be referred to the Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

WHEREAS, on January 4, 2008, the Southern District of Texas issued a Memorandum and Order (D.I. 9) granting the defendants' motion to transfer;

WHEREAS, in making its ruling, the court concluded that a transfer of the case to this court for referral to the Bankruptcy Court was necessary to promote judicial economy and the efficient administration of the debtor's estate(s), because this case is related to a bankruptcy proceeding pending in the Bankruptcy Court;[1] and

---

[1] The related bankruptcy proceeding is Cause No. 07-11160 (MFW).

WHEREAS, pursuant to 28 U.S.C. § 157,[2] the district court has the authority to refer a case to the bankruptcy court in its district;

IT IS HEREBY ORDERED that:

1. This matter is referred to the Bankruptcy Court for the District of Delaware, under Cause No. 07-11160 (MFW).


Dated: January 31, 2008               /s/ Gregory M. Sleet
                                      CHIEF, UNITED STATES DISTRICT JUDGE

---

[2] 28 U.S.C. § 157 states, in pertinent part "[e]ach district court may provide that any or all cases under title 11 and any or all proceedings arising under title 11 or arising in or related to a case under title 11 shall be referred to the bankruptcy judges for the district." 28 U.S.C. § 157(a).